# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:   CV-10-7198-R**                                      **DATE: SEPT. 29, 2010**

**TITLE: WELLS FARGO BANK N.A. -V- SOO YEON KIM**

=================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

      **William Horrell**                                     **N/A**
      **Deputy Clerk**                                    **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

      **Not present**                                        **Not present**

**PROCEEDINGS:   ORDER TO SHOW CAUSE TO REMAND FOR LACK OF**
                          **JURISDICTION**

      THIS MATTER IS SET ON CALENDAR FOR HEARING ON OCTOBER 18,

2010 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS

 ACTION SHOULD NOT BE REMANDED BACK TO STATE COURT

FOR LACK OF FEDERAL JURISDICTION.

 PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY;

FAILURE TO ATTEND WILL RESULT IN AUTOMATIC REMAND

OF THE ACTION.


      cc: counsel of record