JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for Mortgage Pass Through Certificates 2007-E,<br><br>　　　　　Plaintiff,<br>　v.<br>SOO YEON KIM and DOES 1 through X, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV-10-7198-R<br><br>**ORDER ON ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED BACK TO STATE COURT FOR LACK OF FEDERAL JURISDICTION**<br><br>(28 U.S.C. §§ 1441(a), 1446(b), 1447(c))<br><br>Assigned: Hon. Manuel L. Real, Courtroom 8<br><br>Date:　October 18, 2010<br>Time:　11:00 a.m.<br>Ctrm.:　8 |

　　This matter having come before the Court upon the Court's own scheduling of An Order to Show Cause Why This Action Should not be Remanded Back to State Court for Lack of Federal Jurisdiction as heard by this Court on October 18, 2010 at 11:00 a.m. in Department 8, by the Honorable Manuel L. Real, this Court ordered as follows:

　　NOW, THEREFORE, IT IS ORDERED that this matter be remanded to the Los Angeles County Superior Court under Case No. 10C03247, entitled *Wells Fargo Bank, N.A., as Trustee for Mortgage Pass Through Certificates 2007-E vs. Soo Yeon Kim*, on the grounds that this court lacks federal jurisdiction over this matter, as the case could not have been filed originally in Federal court

1 | (i.e., on diversity or Federal question grounds).
2 |     This Court further ordered that Plaintiff WELLS FARGO BANK, N.A., as Trustee for
3 | Mortgage Pass Through Certificates 2007-E give notice to all parties of the Court's ruling on the
4 | Order to Show Cause to Remand for Lack of Jurisdiction.

6 | Dated: _Dec. 15, 2010            _____
7 |                         Honorable Manuel L. Real
                        United States District Court, Judge

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1231 E. Dyer Rd., Suite 100, Santa Ana, CA 92705.

On October 28, 2010, I served a copy of the following document(s):

- [PROPOSED] ORDER ON MOTION FOR ORDER REMANDING CASE TO STATE COURT, FILED BY PLAINTIFF WELLS FARGO BANK, N.A.

on the interested parties in this action:

  X   **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows

  Sao YeonKim
  4554 Viro Rd.
  La Canada Flintridge, CA, 91011
  No Phone; No Email
  (Defendant, pro se)

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 28, 2010, at Santa Ana, California.

/s/ Rustine Robertson

Rustine Robertson